# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 22-3913-VBF (JPR)**                                           Date: **March 9, 2023**
Title:  **Kathleen Pratt v. Commissioner of Social Security**

========================================================================

**DOCKET ENTRY: Order to Show Cause**

========================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANT:
    None present                                                                      None present

**PROCEEDINGS: (IN CHAMBERS)**

    Under the terms of the previously assigned Magistrate Judge's case-management order, Plaintiff was to file a notice of compliance with that judge's settlement-conference order (paragraphs 3 through 5 of the August 30, 2022 order) no later than February 28, 2023. She has not done so or requested an extension of time.

    Accordingly, no later than 14 days from the date of this order, Plaintiff must show cause in writing why she has not complied with the Court's order. She is warned that if she does not timely comply with this order, this lawsuit may be dismissed for failure to prosecute and failure to obey a Court order.

    cc: Judge Fairbank